# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00229-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Mark Jordan,

        Defendant.

---

## ORDER AUTHORIZING RELEASE OF PRESENTENCE REPORT

---

       This matter is before the court on the report of the Probation Department that the civil division of the United States Attorney's Office has requested a copy of the presentence report to assist them in the preparation of a Motion in Opposition to the defendant's Rule 60(b) motion, in case no. 02-cv-01239-MSK-PAC.  Accordingly, it is hereby

       ORDERED that the presentence report, excluding the recommendation and sentencing statement, be disclosed to Michael Johnson, Civil Division, United States Attorney's Office.

       DATED at Denver, Colorado, this __11th__ day of August, 2006.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock
                                Chief United States District Judge