**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00229-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

1.     MARK JORDAN,

        Defendant.

## ORDER

This case is before me upon the Motion of Jeffrey R. Edelman, CJA appointed counsel for Defendant, to Permit Access to Protected Discovery Document (Doc 363). The documents subject to the motion are all subject to five previous protective orders entered by this Court upon signed agreements from defense counsel to be subject to those protective orders. In the Government's response to prior counsel's motion, the Government accedes to it upon two alternative basis. First, that counsel actually sign an agreement or agreements with regard to the prior protective orders extensive with those orders. In the alternative, the Government would consent to the Court's consideration of counsel's motion as an agreement to be subject to the protective orders coextensive with those orders. I find and conclude that the latter procedure is appropriate, most expeditious, and economical.

The Government, however, objected to its being subject to reproduction of

documents previously produced under the protective orders. The objection is well taken. Accordingly

IT IS ORDERED that defense counsel's Motion to Permit Access to Protected Discovery Documents (Doc 363) is GRANTED subject to this Court's consideration of his motion as an agreement to be subject to the previously entered protective orders coextensive with the terms of those order and the Court considers CJA counsel Jeffrey R. Edelman to be bound by the provisions of the previously entered protective orders.

IT IS FURTHER ORDERED that the Government is not bound to reproduce materials provided to previous defense counsel under the provisions of those protective orders provided that Mr. Edelman may have access to those materials in the possession and control of the Government.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: March 28, 2008