IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 04-cr-00229-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK JORDAN,

    Defendant.

___

ORDER
___

    Defendant's Motion to Reconsider Request for DNA Testing and/or Supplemental Motion for DNA Testing and DNA Comparisons (Doc 403) is DENIED.

    BY THE COURT:

    s/Lewis T. Babcock
    LEWIS T. BABCOCK, JUDGE

DATED: November 3, 2008