IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 04-cr-00229-LTB
Civil Action No. 08-cv-02447-LTB

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

MARK JORDAN,

    Defendant-Petitioner.

_____

ORDER
_____

This case is before me on Defendant-Petitioner Mark Jordan's Motion for Protective Order Pursuant to Rule 503, Fed. R. Evid. [Doc # 422]. Defendant filed an errata to the motion in which he states that the proper authority for the motion is Fed. R. Evid. 502. Defendant is not entitled to the relief he seeks in the context of this case in any event.

Defendant's motion seeks a protective order based on actions taken by the Bureau of Prisons with respect to Defendant's mail which purportedly contained privileged communications from an attorney who is not representing Defendant in this § 2255 proceeding. Defendant's motion is therefore predicated on matters outside the scope of this case. *See United States v. Gordon,* 172 F.3d 753, 755 (10th Cir. 1999) ("Not every violation of federal law can be remedied under § 2255.").

IT IS THEREFORE ORDERED that Defendant-Petitioner Mark Jordan's Motion for Protective Order Pursuant to Rule 503, Fed. R. Evid. [Doc # 422] is DENIED.

Dated: April __6__, 2009, in Denver, Colorado.

BY THE COURT:

　　s/Lewis T. Babcock　　　　
LEWIS T. BABCOCK, JUDGE