IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 04-cr-00229-LTB
Civil Action No. 08-cv-02447-LTB

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

MARK JORDAN,

    Defendant-Petitioner.

---

ORDER

---

This case is before me on Defendant-Petitioner Mark Jordan's Motion for Second Protective Order [Doc # 448]. As with a previously filed motion, the current motion seeks a protective order based on actions taken by the Bureau of Prisons with respect to Defendant's mail which purportedly contained privileged communications from an attorney who is not representing Defendant in this § 2255 proceeding. These matters are outside the limited scope of this case. *See United States v. Gordon,* 172 F.3d 753, 755 (10th Cir. 1999) ("Not every violation of federal law can be remedied under § 2255.").

IT IS THEREFORE ORDERED that Defendant-Petitioner Mark Jordan's Defendant-Petitioner Mark Jordan's Motion for Second Protective Order [Doc # 448] is DENIED.

Dated: April __6__, 2009, in Denver, Colorado.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                    LEWIS T. BABCOCK, JUDGE