**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-02447-LTB
Criminal Action No. 04-cr-00229-LTB

U.S.A.,

    Plaintiff,

v.

MARK JORDAN,

    Defendant/Movant.

---

## ORDER TO CURE DEFICIENCY

---

Babcock, Senior Judge

    Movant submitted a Notice of Appeal on April 14, 2009.  The court has determined that the document is deficient as described in this order.  Movant will be directed to cure the following if he wishes to pursue this appeal.

**(A) Filing Fee**
   X  is not submitted

**(B) Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24:**
   X  is not submitted
   ___  is missing affidavit
   ___  is missing required financial information
   ___  is missing an original signature by the prisoner
   ___  is not on proper form (must use the court's current form)
   ___  other _____

Accordingly, it is

**ORDERED** that Movant cure the deficiencies designated above within thirty (30) days from the date of this order.  Any papers that Movant files in response to this order must include the civil action number and criminal action number on this order.  It is

**FURTHER ORDERED** that the Clerk of the Court mail to Movant, together with a copy of this order, an original and one copy of the following forms:   Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

**FURTHER ORDERED** that, if Movant fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this   15th   day of April, 2009.

BY THE COURT:


    s/Lewis T. Babcock
SENIOR JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO