IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No.  04-cr-00229-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     MARK JORDAN,

       Defendant.

_____

## ORDER
_____

Upon Defendant's Motion for Reconsideration of Order Denying Motion to Permit Access to Discovery Documents (Doc 536 - filed October 29, 2009), it is

ORDERED that the Motion is DENIED.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
                                            LEWIS T. BABCOCK, JUDGE

DATED: November 2, 2009