IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No.  04-cr-00229-LTB
Civil Action No. 08-cv-02447-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      MARK JORDAN,

        Defendant.
_____

MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Government shall respond to Defendant-Movant's Motion to Supplement Defendant-Movant's First Motion for Post-Conviction Discovery on or before **Thursday, January 21, 2010.**

DATED:   December 21, 2009
_____