IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 04-cr-00229-LTB
Civil Action No. 08-cv-02447-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     MARK JORDAN,

        Defendant.
_____

MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendant-Movant has filed a Second Motion for Post-Conviction Discovery (Doc 567 - filed February 23, 2010). Plaintiff has **up to and including March 19, 2010** to file a response. Defendant has **up to and including April 2, 2010** to file a reply.

      Defendant-Movant has filed a Motion to Amend Caption of Order Denying First Motion for Post-Conviction Discovery (Doc 568 - filed February 25, 2010). Plaintiff has **up to and including March 12, 2010** to file a response.

DATED:  February 26, 2010
_____