IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 04-cr-00229-LTB
Civil Action No. 08-cv-02447-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    MARK JORDAN,

       Defendant.
_____

MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Plaintiff is instructed to provide to the Court all exhibits offered and received during the trial in this case, along with all exhibits listed on Movant/Defendant's Exhibit List and Plaintiff's Exhibit Lists as entered on the Docket in Documents Nos. 230 and 232. Plaintiff has **up to and including March 26, 2010** to provide the exhibits.

DATED: March 12, 2010
_____