IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 04-cr-00229-LTB
Civil Action No. 08-cv-02447-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    MARK JORDAN,

        Defendant.
_____

MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendant-Movant has filed a Motion for Extension of Time to File Motion for Discovery (Doc 600 - filed May 17, 2010). Plaintiff has **up to and including June 1, 2010** to file a response.

DATED: May 18, 2010
_____