IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 04-cr-00229-LTB
Civil Action No. 08-cv-02447-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    MARK JORDAN,

       Defendant.
_____

MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Defendant has filed his Response to Government's Status Report (Doc 616 - filed June 30, 2010). Government has **up to and including July 14, 2010** to file a reply.

DATED: July 1, 2010
_____