IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 04-cr-00229-LTB
Civil Action No. 08-cv-02447-LTB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. MARK JORDAN,

   Defendant.
_____

MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

  Defendant has filed a Motion for Further Extension of Time to File Motion for Discovery (Doc 619 - filed July 6, 2010). Plaintiff has **up to and including July 22, 2010** to file a response.

DATED: July 8, 2010
_____