IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 04-cr-00229-LTB
Civil Action No. 08-cv-02447-LTB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  MARK JORDAN,

   Defendant.
_____

MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

  Defendant has filed his Third Motion for Discovery (Doc 627 - filed August 16, 2010). Plaintiff has **up to and including September 7, 2010** to file a response. Defendant has **up to and including September 21, 2010** to file a reply.


DATED: August 17, 2010
_____