IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No.  04-cr-00229-LTB
Civil Action No. 08-cv-02447-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     MARK JORDAN,

        Defendant.

_____

MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Defendant has filed a Motion for Order Directing Government to Specifically Identify and File Under Seal Non-Disclosed Portion of BOP After Action Report (Doc 637 - filed January 13, 2011).  Government has **up to and including January 28, 2011** to file a response.

DATED:   January 14, 2011
_____