IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.08-cv-02447-LTB
Criminal Action No. 04-cr-0229-LTB

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

MARK JORDAN,

    Defendant-Movant.

_____

**FINAL JUDGMENT**
_____

    Pursuant to and in accordance with the Order entered by the Honorable Lewis T. Babcock, Senior Judge, on January 21, 2011, the following Final Judgment is hereby entered:

    It is ORDERED that Defendant-Movant Mark Jordan's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 409) filed on November 10, 2008, and the Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 498) filed on May 12, 2009, are DENIED with prejudice.  It is FURTHER ORDERED that each party shall bear his or its own costs and attorney's fees.  It is

    FURTHER ORDERED that the defendant-movant is entitled to no relief under § 2255. The corresponding civil action is dismissed with prejudice.

    Dated at Denver, Colorado this    24th    day of January, 2011.

                                      FOR THE COURT:

                                      GREGORY C. LANGHAM, CLERK

                                      By: s/ Edward P. Butler
                                            Edward P. Butler, Deputy Clerk