IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No.  04-cr-00229-LTB
Civil Action No. 13-cv-02881-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARK JORDAN,

      Defendant.

_____

## ORDER
_____

As further set forth on the record at the scheduling hearing held on January 29, 2014, IT IS HEREBY ORDERED as follows:

1. Defendant's 28 U.S.C. § 2255 Motion to Vacate Conviction [Doc # 672] is DISMISSED on motion by Defendant;

2. In anticipation of an evidentiary hearing on Defendant's Motion for New Trial Based on Newly Discovered Evidence of Actual Innocence [Doc # 658], the parties shall file their preliminary witness and exhibit lists on or before February 27, 2014;

3. Defendant shall file any discovery motions on or before February 27, 2014, and the Government shall file its responses to any such motions on or before March 12, 2014;

4. The Court takes judicial notice of the record in this case for purposes of all further proceedings; and

    5.  A further status and scheduling hearing is set for Friday, March 14, 2014 at 9:00 a.m.

Dated: January   29  , 2014, in Denver, Colorado.

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              LEWIS T. BABCOCK, JUDGE