IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No.  04-cr-00229-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARK JORDAN,

      Defendant.

_____

# ORDER
_____

As further set forth on the record at the hearing held on March 21, 2014, IT IS HEREBY ORDERED as follows:

1.  Defendant's Motion for Additional Discovery [Doc # 696] is GRANTED AS CONFESSED with respect to Defendant's request for the issuance of a subpoena duces tecum requiring BOP to produce all documents relating to the subject After Action Report;

2.  Defendant's Motion for Additional Discovery [Doc # 696] is DENIED in all other respects;

3.  Defendant shall submit a revised witness list that includes a summary of anticipated testimony and expected length of testimony and cross-examination on or before March 28, 2014;

4.  The Government shall submit a revised witness list that includes a summary of anticipated testimony and expected length of testimony and cross-examination on or before April 3, 2014;

5. The Government shall submit a brief on its dying declaration evidence on or before April 3, 2014;

6. Defendant shall submit its response to the Government's brief on its dying declaration evidence on or before April 10, 2014;

7. The Government stipulates to all of the exhibits listed on Defendant's preliminary exhibit list;

8. Defendant stipulates to all of the exhibits listed on the Government's tentative exhibit list subject to its objection to the Government presenting any new evidence;

9. Defendant's Objection to New Government Evidence [Doc # 700] shall be HELD IN ABEYANCE pending further submissions from ths parties as set forth above; and

10. A further status and scheduling hearing is set for Friday, May 2, 2014 at 9:00 a.m..

Dated: March   21  , 2014, in Denver, Colorado.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          LEWIS T. BABCOCK, JUDGE