IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No.  04-cr-00229-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARK JORDAN,

      Defendant.

___

## ORDER
___

As further set forth on the record at the hearing held on June 26, 2014, IT IS HEREBY ORDERED as follows:

1. A further hearing on Defendant's Motion for a New Trial is set for Thursday, August 7, 2014 at 9:00 a.m. and Friday, August 8, 2014 at 9:00 a.m.; and

2. A further status and scheduling hearing is set for Friday, August 1, 2014 at 9:00 a.m.

Dated: June   25  , 2014, in Denver, Colorado.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                LEWIS T. BABCOCK, JUDGE