IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Lewis T. Babcock

Criminal Action No. 04-cr-229-LTB
Civil Action No. 13-cv-2881-LTB

UNITED STATES OF AMERICA,

v.

MARK JORDAN,

    Defendant-Movant.

## ORDER REGARDING THE
## VIDEO TESTIMONY OF DR. VINCENT MILLER

    By agreement of the parties, expert witness, Dr. Vincent Miller, intends to testify via video conferencing at a hearing in this matter on August 7, 2014. Dr. Miller resides in Las Cruces, New Mexico. Tentative arrangements have been made for Dr. Miller to appear at the United States Federal Courthouse at 100 North Church Street in Las Cruces, New Mexico for his video testimony.

    Respective staffs at each courthouse shall make efforts to coordinate the necessary arrangements for the transmittal of testimony from the United States Federal Courthouse in Las Cruces, New Mexico to the United States Federal Courthouse in Denver, Colorado, Courtroom C401, on August 7, 2014 at 9:00 a.m.

    Entered this 1st day of August 2014.

                                                Lewis T. Babcock, District Court Judge