IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

Criminal Action No. 04-cr-00229-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARK JORDAN,

    Defendant.

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the evidentiary hearing, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this __7th__ day of August, 2014.

BY THE COURT:

_____
LEWIS T. BABCOCK, JUDGE

_____
Attorney for Government

_____
Attorney for Defendant