IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| Courtroom Deputy: Emily Buchanan | Date: January 21, 2015 |
| Court Reporter: Tammy Hoffschildt | |

_____

Criminal Case No. 04-cr-00229-LTB        <u>Counsel:</u>

UNITED STATES OF AMERICA,                Bishop Grewell
                                         Gregory Holloway
    Plaintiff,

v.

1. MARK JORDAN,                          Sean Connelly
                                         Dru Nielsen
    Defendant.                           Michael Kotlarczyk

_____

COURTROOM MINUTES
_____

HEARING - ORAL ARGUMENTS

9:02 a.m.    Court in session.

Defendant is present and in custody.  Also seated at Plaintiff's table: FBI Special Agent Martin Daniell.

The Court has received the parties' proposed findings and conclusions, which indicated the desire to have oral argument.

9:03 a.m.    Opening argument by Mr. Kotlarczyk.  Mr. Kotlarczyk answers questions of the Court.

9:42 a.m.    Response by Mr. Grewell.  Mr. Grewell answers questions of the Court.

10:04 a.m.   Rebuttal by Mr. Connelly.  Mr. Connelly answers questions of the Court.

**ORDERED**: Mark Jordan's Motion for New Trial Based on Newly Discovered Evidence of Actual Innocence (Doc. No. 658) is **TAKEN UNDER ADVISEMENT**. The Court will issue an order in due course and time.

1

Defendant is **REMANDED** to the custody of the U.S. Marshal.

10:16 a.m.    Court in recess.
Hearing concluded.
Time:  1:14